# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

March 22, 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2006

GREGORY C. LANGHAM
CLERK

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

Re:   03-1515, United States v. Verbickas
      03-1522, United States v. Lavallee
      03-1523, United States v. Schultz
      04-1000, United States v. Verbickas
      04-1538, United States v. Lavallee
        Dist/Ag docket:   00-CR-481-D

Dear Mr. Langham:

Enclosed are a certified copy of the judgment and a copy of the opinion filed in this case which are issued as the mandate of this court. See Fed. R. App. P. 41(a). Please file it in records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: *[signature]*
Deputy Clerk

clk:afw
Enclosure

cc:   Robert E. Mydans, Asst. U.S. Attorney
      Jessica Dunsay Silver
      Karl N. Gellert
      Brian K. Holland
      Mark Blumberg
      Richard A. Hostetler

Neil MacFarlane
R. Alexander Acosta
Thomas James Hammond