IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00481-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL LAVALLEE,
ROD SCHULTZ,
ROBERT VERCIKAS,

       Defendants.

---

**GOVERNMENT'S NOTICE OF DISCLOSURE**

---

The United States, by and through its undersigned counsel, pursuant to its ongoing constitutional obligations, hereby notifies defense counsel of facts which potentially bear upon the credibility of one of the government's trial witnesses in the above captioned case. Douglas V. Brennan, a witness called by the government in the trial of this matter, was indicted by a federal grand jury in the District of Colorado on May 17, 2006, for falsifying expense accounts in relation to travel and lodging expenses he incurred in connection with the instant case. See Indictment (attached).

### I. Disclosure

The investigation of the matter has been handled by the District of Utah. Neither Assistant United States Attorney (AUSA) Robert Mydans nor any attorney from the Department of Justice, Civil Rights Division, was provided information about the ongoing investigation, nor were they informed about the pendency of the Indictment. Mr. Mydans was first informed of the

allegations and Indictment on May 17, 2006, while DOJ attorneys first learned of the allegations and Indictment on May 18, 2006.

Preliminary inquiry of the AUSA prosecuting Brennan has not revealed any information bearing upon Brennan's credibility beyond the allegations contained in the Indictment. The government is in the process of making arrangements to review Brennan's investigative file, or have it reviewed, in a manner which will protect the integrity of the ongoing Brennan prosecution while ensuring that, should the file contain any additional exculpatory or impeachment information, it is immediately identified and produced to the defendants.

## II. Brennan's Testimony

Brennan, while nominally a case agent, was a minor witness at trial whose testimony pertained to an acquitted count of the Indictment. His testimony related to allegations, set forth in Count III of the Superseding Indictment, that Felton Wiggins was beaten by correctional officers. Brennan was not an eyewitness to the incident but, instead, summarized documents, including logbooks, inmate admission and release logs, and daily assignment rosters. The original documents which formed the basis of his testimony were admitted into the record by stipulation. Brennan's trial testimony therefore had no bearing upon the counts for which any of the defendants were convicted. Thus, neither the fact of Brennan's Indictment, nor any additional impeachment information which may be uncovered as a result of the investigation and prosecution of his conduct, would constitute grounds for post-conviction relief.

## III. Conclusion

The government hereby submits this notice of disclosure of information to the defendants in accordance with its constitutional obligations.

                        Respectfully Submitted,

                        WILLIAM J. LEONE
                         United States Attorney

                By:   *s* *Robert E. Mydans*
                        ROBERT E. MYDANS
                        Assistant U.S. Attorney
                        1225 - 17TH Street, Suite 700
                        Denver, CO 80202
                        Telephone: (303) 454-0100
                        Fax: (303) 454-0402
                        E-mail: bob.mydans@usdoj.gov
                        Attorney for the Government

CERTIFICATE OF SERVICE

      I certify that on this 23rd day of May 2006, I electronically filed the foregoing GOVERNMENT'S NOTICE OF DISCLOSURE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard Banta
bantacja@earthlink.net

Brian Holland
brian@hollandandpagliuca.com

Daniel J. Sears
djsearspc@aol.com

Tom Hammond
hammondlaw@solucian.com

Dan Smith
danieltsmith@!qwest.net

Boston Stanton
bostonhw@comcast.net

Neil McFarlane
neil_macfarlane_law@yahoo.com

James S. Covino
jamescovino@msn.com

E. Richard Toray
rtoray@gerashtoray.com

                By: s/ *Charlotte A. Seaton*
                CHARLOTTE A. SEATON
                Legal Assistant
                United States Attorney's Office
                1225 - 17th Street, Suite 700
                Denver, CO 80202
                Telephone: (303) 454-0244
                Fax: (303) 454-0402
                E-mail: charlotte.seaton@usdoj.gov